# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA50 | 09950051 | JE Wilson | 4314 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 01/03/2023 0950 | 38 CFR 1.218(b)(20) |

**Place of Offense:** Parking Lot 10A, RICVAMC

**Offense Description; Factual Basis for Charge:** Parked in a non-parking area; clearly marked by yellow paint + type plenty /mkg applicable HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** Corby Jr.  **First Name:** Robert  **M.I.:** J.

[address redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| VDX 2716 | VA | 24 | Chev Volt | | Grey |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 65 Forfeiture Amount
+ $30 Processing Fee
$ 95.00 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US District Court, 701 E Broad Street 3rd fl, Richmond VA 23219
**Date:** TBD  **Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**X Defendant Signature:** NOT PRESENT

Original - CVB Copy

*09950051*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Jan 3, 2023** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

At approx. 0950a.m., a gray Chevrolet Volt (VA TAG VDX 2716) was parked in Lot 10A fire lane of the RICVAMC. The vehicle was parked in a non-parking area. The 2012 Chevrolet Volt was parked in a clearly marked fire lane. A violation USDVN 38 CFR 1.218(b) was issued to the vehicle for Parking in no-parking area, lanes, or cross walks so posted or marked by yellow borders or yellow stripes The driver was not present at scene.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **01/03/2023**  Officer's Signature: [signed] 4314

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/13/2023 12:40